**Affirmed as Modified and Opinion Filed March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00308-CR
No. 05-13-00310-CR

**JAMES EDWARD TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-54575-J, F12-63588-J**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

A jury convicted James Edward Turner of two continuous sexual abuse of a young child offenses and assessed punishment at life imprisonment and a $10,000 in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the records and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

Although not arguable issues, we note there are several errors in the trial court's judgments. Specifically, the $10,000 fine assessed by the jury is not included in the judgment for trial court no. F12-54757-J; both judgments erroneously state the sentences shall run concurrently; and the order cumulating the sentences does not accurately reflect the trial court's oral cumulation order.

The trial court orally pronounced that "[appellant] is to serve the sentence in Cause No. F12-63588 in its entirety before he will then begin to serve the sentence in Cause No. F12-54575." The cumulation order, however, which is contained in the judgment for trial court no. F12-63588-J, states:

> Said judgment, sentence, and term of punishment in this cause shall commence and run when the sentence in Cause No. *F12-54575-J* a previous conviction of the of the defendant for the offense of *sexual abuse cont. w/ child u14* in the *CDC#3* Judicial District Court of Dallas County, Texas has served and ceased to operate. [1]

Thus, the written cumulation order does not correctly state the trial court's oral pronouncement.

We have the power to modify the trial court's judgments when we have the necessary information before us to do so. *See* TEX. R. APP. P. 43.2(b) *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). Accordingly, we modify the trial court's judgments as follows.

---

[1] We also note that the written cumulation order appears to include the offense date rather than sentencing date.

In cause no. 05-13-00308-CR (trial court no. F12-54575-J), we modify the judgment to show: (1) the fine is $10,000; and (2) the sentence shall run consecutively after the sentence in trial court no. F12-63588 has been served and ceases to operate. In cause no. 05-13-00310-CR (trial court no. F12-63588-J), we modify the judgment to delete the cumulation order. In each case, we modify the section of the trial court's judgment entitled "Punishment and Place of Confinement" to delete the language stating the sentences shall run concurrently.

As modified, we affirm the trial court's judgments. We order the trial court to enter new judgments reflecting these modifications.

Do Not Publish
TEX. R. APP. P. 47
130308F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES EDWARD TURNER, Appellant

No. 05-13-00308-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F12-54575-J).
Opinion delivered by Justice Francis,
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Fine" is modified to show "$10,000."

The section entitled "Punishment and Place of Confinement" is modified to show "Life TDCJ Institutional Division, This sentence shall run consecutively (see below)."

The section entitled "Furthermore, the following special findings or orders apply" is modified to show "Life Without Parole. Cumulation Order. The Court ORDERS that the sentence in this conviction shall run consecutively and shall begin only when the judgment and sentence in the following case has ceased to operate: F12-63588-J. TEX. CODE CRIM. PROC. art. 42.01 § 1(19)."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered March 26, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES EDWARD TURNER, Appellant

No. 05-13-00310-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F12-63588-J).
Opinion delivered by Justice Francis,
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Punishment and Place of Confinement" is modified to delete the words "This sentence shall run concurrently."

The section entitled "Furthermore, the following special findings or orders apply" is modified to delete the cumulation order.

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered March 26, 2014

/Molly Francis/

MOLLY FRANCIS
JUSTICE

-5-